**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

---

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 11, 2025

Via ECF

The Honorable Edgardo Ramos,
    U.S. District Court for the Southern District of New York,
        New York, New York 10007.

Re:    *Bonacasa* v. *Standard Chartered plc*, 22-CV-3320 (ER); *Moore* v. *Standard Chartered plc*, 23-CV-2834 (ER); *Smedinghoff* v. *Standard Chartered Bank*, 23-CV-2865 (ER)

Dear Judge Ramos:

I write on behalf of Defendant Standard Chartered Bank ("SCB") with the consent of Plaintiffs' counsel in connection with the above-referenced actions. Pursuant to Section 1.E of Your Honor's Individual Practices, the parties respectfully request a one-week extension of time to submit a Proposed Fifth Amended Civil Case Management Plan and Pretrial Scheduling Order specifying the dates for future case deadlines which, pursuant to Paragraph 13 of the Fourth Amended Civil Case Management Plan and Pretrial Scheduling Order (*Bonacasa*, ECF No. 137), must be submitted by the parties today (*i.e.*, within thirty days of the Court's May 12, 2025 Opinion and Order (*Bonacasa*, ECF. No. 166)). This is the first request for an extension of time.

The parties are continuing to meet and confer regarding the impact of currently outstanding document productions from government agencies and the depositions of former government officials by written questions on future case deadlines in these actions. The parties are also conferring with the government on these matters. In order to complete these discussions and present a joint proposed schedule, the parties respectfully request that the Court extend the time for the parties to submit a Proposed Fifth Amended Civil Case Management Plan and Pretrial Scheduling Order to **June 18, 2025**.

We thank the Court for its consideration of this request.

Sincerely,

*/s/ Andrew J. Finn*
Andrew J. Finn

cc:    All Counsel (via ECF)

---

**MEMO ENDORSED**

The request is granted. The Proposed Fifth Amended Civil Case Management Plan and Pretrial Scheduling Order is due June 18, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 12, 2025
New York, New York